


**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
v.
_DAVID AVILA,
Defendant.

Case No. 2:07CR-368

**ORDER OF DETENTION AFTER HEARING**

[F.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

The defendant was arrested in this district pursuant to a no bail warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of her supervised release.

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), at which time Defendant submitted to detention. Given the report and recommendation of pretrial services, the government's proffer, and Defendant's submission to detention, the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- his submission and consequent failure to proffer any evidence to meet his burden on this issue;

- the prior revocation of his supervised release;

- the allegations in the charging document;

and

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- his submission and consequent failure to proffer any evidence to meet his burden on this issue;

- his serious criminal history; and

- his history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: August 20, 2015.

GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE